IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RICHARD L. WOLFE,** *et al.,*

      Plaintiffs,

    vs.                      Civil Action 2:14-cv-366
                              Judge Marbley
                              Magistrate Judge King

**THE BANK OF NEW YORK MELLON,**
*Et al.*,

      Defendants.

**REPORT AND RECOMMENDATION**

      Plaintiffs have not demonstrated effective service of process on defendant Casey. Plaintiffs were ordered to show cause, by October 16, 2014, why the claims against defendant Casey should not be dismissed for failure to effect timely service of process. *Order*, ECF 28 (citing Fed. R. Civ. P. 4(m)). There has been no response to that *Order*.

      It is therefore **RECOMMENDED** that the claims against defendant Casey be dismissed, without prejudice, for failure to timely effect service of process. *See* Fed. R. Civ. P. 4(m).

      If any party seeks review by the District Judge of this *Report and Recommendation*, that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and Recommendation*, specifically designating this *Report and Recommendation*, and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Response to objections must be filed within fourteen (14) days after being served with a copy

thereof.  Fed. R. Civ. P. 72(b).

The parties are specifically advised that the failure to object to the Report and Recommendation will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court.  *See*, *e.g.*, *Pfahler v. Nat'l Latex Prod. Co.*, 517 F.3d 816, 829 (6th Cir. 2007) (holding that "failure to object to the magistrate judge's recommendations constituted a waiver of [the defendant's] ability to appeal the district court's ruling"); *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005) (holding that defendant waived appeal of district court's denial of pretrial motion by failing to timely object to magistrate judge's report and recommendation).  Even when timely objections are filed, appellate review of issues not raised in those objections is waived.  *Robert v. Tesson*, 507 F.3d 981, 994 (6th Cir. 2007) ("[A] general objection to a magistrate judge's report, which fails to specify the issues of contention, does not suffice to preserve an issue for appeal . . . .") (citation omitted)).

                  *s/Norah McCann King*
                  Norah M<sup>c</sup>Cann King
                  United States Magistrate Judge

JANUARY 2, 2015